**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CR-189-FDW-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | <u>**ORDER**</u> |
| ERICK ARAGON-HERNANDEZ, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal The Bill Of Information" (Document No. 1) filed October 9, 2014. Having carefully considered the motion and the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Seal The Bill Of Information" (Document No. 1) is **GRANTED**.

**SO ORDERED**.

Signed: October 9, 2014

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.